**SEALED**

**BY ORDER OF THE COURT**

| | |
|---|---|
| KENJI M. PRICE #10523<br>United States Attorney<br>District of Hawaii | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>United States Department of Justice |
| KENNETH M. SORENSON<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-2958<br>Email:ken.sorenson@usdoj.gov | JOHN D. KELLER<br>Principal Deputy Chief<br><br>SEAN F. MULRYNE<br>Deputy Director, Election Crimes<br>NICOLE R. LOCKHART<br>JAMES C. MANN<br>Trial Attorneys<br>Public Integrity Section |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
*Aug 31, 2020*
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>             Defendant. | CR. NO. 20-00068 LEK<br>**UNDER SEAL**<br><br>ADDENDUM TO<br>MEMORANDUM OF PLEA<br>AGREEMENT<br><br>DATE: August 31, 2020<br>TIME: 11:00 a.m.<br>JUDGE: Leslie E. Kobayashi |

**SEALED ADDENDUM TO MEMORANDUM OF PLEA AGREEMENT**

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the UNITED STATES OF AMERICA, by its undersigned attorneys, and the defendant, NICKIE MALI LUM DAVIS, and her attorneys, William C. McCorriston, Esq. and Abbe

David Lowell, Esq., have agreed upon the following addendum to the Memorandum of Plea Agreement, to be filed under seal to avoid potentially alerting subjects of ongoing criminal investigations of the investigations and to avoid the risk of unnecessarily identifying uncharged third parties whose conduct is not at issue in the Information to which the defendant is pleading.

## WAIVER OF POTENTIAL CONFLICT OF INTEREST

The defendant understands that the United States Department of Justice has raised with one of her attorneys, Abbe D. Lowell, his previous representation of certain individuals with whom Ms. Davis also has had contact or interactions and whose names have or might come up during her cooperation and of certain other individuals on matters unrelated to Ms. Davis.   Ms. Davis has discussed these issues and the resulting potential for conflicts of interest with Mr. Lowell and with third-party counsel and knowingly and intelligently waives any potential or actual conflict of interest as to Mr. Lowell and affirms that she wishes to proceed with Mr. Lowell as one of her attorneys in this matter.

DATED:    Honolulu, Hawaii, August 28, 2020

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
James C. Mann
Trial Attorneys
Public Integrity Section

NICKIE MALI LUM DAVIS
Defendant

for MICHAEL NAMMAR
Chief, Criminal Division
District of Hawaii

for KENNETH M. SORENSON
Chief, National Security
District of Hawaii

ABBE DAVID LOWELL, Esq.
Counsel for Defendant

WILLIAM C. MCCORRISTON, Esq.
Counsel for Defendant

3