McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON          #995-0
DAVID J. MINKIN                 #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai‘i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:     mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:     jbryant@cochranfirm.com

BENJAMIN L. COLEMAN (*pro hac vice*)
Benjamin L. Coleman Law PC
1350 Columbia Street, Suite 600,
San Diego, CA 92101
Telephone: 619-865-5106
Email: blc@blcolemanlaw.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | |
| vs. | FIRST UNOPPOSED MOTION TO EXTEND SURRENDER DATE |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

440535.1

<u>UNOPPOSED MOTION TO EXTEND SURRENDER DATE</u>

Defendant NICKIE MALI LUM DAVIS, by and through her undersigned attorneys, moves to extend the surrender date from 12:00 p.m. on May 24, 2023 to 12:00 p.m. on June 6, 2023.  Within a few hours after the Ninth Circuit issued its order denying bail pending appeal, the parties conferred and agreed to propose a surrender date of June 6, 2023 to the Court.  At approximately the same time that undersigned counsel was reaching out to Pretrial Services about the parties' proposed date of June 6, 2023, the Court issued its order setting a surrender date of May 24, 2023.

Ms. Davis respectfully asks the Court to extend the current surrender date by approximately 13 days to June 6, 2023.  She is making this request so that she can: (1) undergo lasik eye surgery on May 19, 2023, recuperate, and have follow-up visits, as she has been informed that she may not be able to wear contact lenses in prison and the surgery is needed because her vision is so poor that eyeglasses are difficult to correct her vision; (2) further explore changing her designated facility to FPC Victorville, which may now have availability and is approximately 90 miles from her home in Los Angeles versus her current designation of FPC Dublin, which is more than 350 miles from her home, thereby allowing easier family visitation; and (3) attend two end-of-the-school-year performances by her daughter, which her daughter has been working on all year.

Undersigned counsel has communicated with government counsel and can represent that this motion is unopposed.

DATED:  Honolulu, Hawaiʻi, May 11, 2023.

Respectfully submitted,

s/William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT
BENJAMIN L. COLEMAN

Attorneys for Defendant
NICKIE MALI LUM DAVIS

440535.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated

below, a true and correct copy of the foregoing document was served on the

following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| John D. Keller, Esq. | John.Keller2@usdoj.gov |
| Nicole R. Lockhart, Esq. | Nicole.Lockhart@usdoj.gov |
| Kenneth R. Sorenson, Esq. | Ken.Sorenson@usdoj.gov |
| James C. Mann, Esq. | James.Mann@usdoj.gov |
| Sean Mulryne, Esq. | Sean.Mulryne@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Served Electronically through E-Mail:

| | |
|---|---|
| Diane Arima-Linscott | Diane_Arima-Linscott@hip.uscourts.gov |
| Darsie Ing-Dodson | Darsie_Ing-Dodson@hip.uscourts.gov |
| Amanda L. Mundell | Amanda.Mundell@usdoj.com |

DATED:  Honolulu, Hawai'i, May 11, 2023.

*/s/ David J. Minkin*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT
BENJAMIN L. COLEMAN

Attorneys for Defendant
NICKIE MALI LUM DAVIS

440535.1